UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:08CR00034-01 BMD |
| | ) | |
| JONATHAN L. WILLIAMS | ) | |

ORDER

Upon motion of the government and for good cause shown, the above case is hereby dismissed.

SO ORDERED this 14th day of February, 2008.

_____
BETH DEERE
United States Magistrate Judge